IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | Criminal No.   1:20-CR- 285  (TJM  ) |
| ) | |
| v.   ) | **Indictment** |
| ) | |
| **DANIEL PORRAZZO a/k/a**   ) | Violation:   18 U.S.C. § 2252A(a)(5)(B) |
| **"lickndipinu,"**   ) | and (b)(2) |
| ) | [Possession of Child |
| ) | Pornography] |
| ) | |
| ) | Two Counts & Forfeiture Allegation |
| ) | |
| **Defendant.**   ) | County of Offense:   Saratoga |

**THE GRAND JURY CHARGES:**

**COUNTS 1-2**
**[Possession of Child Pornography]**

On or about June 2, 2016, in Saratoga County in the Northern District of New York, defendant **DANIEL PORRAZZO a/k/a "lickndipinu,"** did knowingly possess material that contained one or more images of child pornography that had been transported using a means and facility of interstate and foreign commerce, and in and affecting such commerce by any means, including by computer, and that was produced using materials that had been transported in and affecting such commerce by any means, including by computer, that is, the electronic media described below, each of which contained numerous graphic image and video files of minors engaged in sexually explicit conduct, in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

Each violation involved images of child pornography involving prepubescent minors and minors who had not attained 12 years of age, in violation of Title 18, United States Code, Section 2252A(b)(2).

| Count | Material Containing Images of Child Pornography |
|---|---|
| 1 | Dell Inspiron 15 5000 Series laptop computer bearing serial no. 38J2Z52 |
| 2 | Dell Inspiron N5030 laptop computer bearing serial no. 4623N1 |

## FORFEITURE ALLEGATION

1. The allegations contained in Counts 1 and 2 of this Indictment are hereby realleged and incorporated by reference herein for the purposes of alleging forfeiture, pursuant to Title 18, United States Code, Section 2253.

2. Pursuant to Title 18, United States Code, Section 2253, upon conviction of any charge alleged in Counts 1 and 2, the defendant, **DANIEL PORRAZZO a/k/a "lickndipinu,"** shall forfeit to the United States of America any property, real and personal, used and intended to be used to commit and to promote the commission of the offense of conviction. The property subject to forfeiture includes, but is not limited to, the following:

(a) Dell Inspiron 15 5000 Series laptop computer bearing serial no. 38J2Z52; and

(b) Dell Inspiron N5030 laptop computer bearing serial no. 4623N1.

Dated: September 30, 2020

A TRUE BILL, ***REDACTED***

Grand Jury Foreperson

ANTOINETTE T. BACON
Acting United States Attorney

By: _____
Joshua R. Rosenthal
Assistant United States Attorney
Bar Roll No. 700730